# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-0855

_____

JESSIE FLOYD,

    Petitioner,

v.

STATE OF FLORIDA,

    Respondent.

_____

Petition Alleging Ineffective Assistance of Appellate Counsel—Original Jurisdiction.

May 30, 2018

PER CURIAM.

The petition alleging ineffective assistance of appellate counsel is denied on the merits.

MAKAR, WINOKUR, and WINSOR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jessie Floyd, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.